In the Matter of a Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to a Mortgage Covering Premises 8718 RIDGE BOULEVARD, BOROUGH OF BROOKLYN, Guaranteed by LAWYERS MORTGAGE COMPANY. (Mortgage No. 200,643.) ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, Respondent. BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated the 21st Day of November, 1938, Appellant, et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Stanley S. Hawkes* for motion.

*Thomas D. Austin, Gertrude D. H. Perlman* and *J. Francis Lynch* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground an appeal lies as of right.